**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Mag. J. No.** 26-0374-B |
| | * | |
| **GORDEN ELLIS WADE** | * | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael Burton, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and an accompanying arrest warrant for **GORDEN ELLIS WADE**, hereinafter WADE. All dates, times, locations, and/or amounts listed in my affidavit are approximations.

2. I have been employed by the FBI for approximately fourteen (14) years. During my tenure with the FBI, I have been assigned investigations dealing with counter terrorism, crimes against children, drug trafficking organizations, violent street gangs, and violent crimes. I have conducted and assisted in numerous investigations into threats transmitted in interstate commerce. Throughout these investigations I have debriefed defendants, witnesses, and informants, as well as others who have knowledge of the dangers these subjects present to their victims and the general public. My duties and responsibilities as a Special Agent include conducting criminal investigations of individuals and entities for possible violations of Federal Laws, particularly those laws found in, but not limited to, Title 18 and Title 21 of the United States Code.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses and others associated with this

investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that violation of **Interstate Communications** in violation of 18 United States Code 875(c) has been committed by WADE in the Southern District of Alabama.

**PROBABLE CAUSE**

5. On or around November 6, 2026, WADE posted a series of Facebook statuses on his known Facebook page, Gorden Mfn Wade. The initial post that was brought to the attention of the FBI and affiant was posted on November 6, 2026, and said, *If u want to teach the Rich a lesson shoot up and bmb the private schools china if they want beef* . A screen capture of the posting is pictured below.




6. In response to the above post, schools in Elberta, AL, went into their lockdown Protocols. The school lockdown protocols include locking the schools to prevent anyone from entering or leaving, increased law enforcement presence at the schools, and law enforcement escort between classes and end of day pick up.

7. On November 6, 2026, Affiant located WADE s Facebook page, Gorden Mfr Wade and observed additional posts made on the same day, November 6, 2026, that caused alarm. One such post, pictured below read, *"U ain't a patriot till u kill a pig."* Affiant observed multiple posts that included statements regarding the killing of law enforcement and, notably, a post directly

threatening to kill members of the fire department, stating *"Let's kill the fire department too as soon as we attack the cops."* A screen capture of the posting is pictured below.







8. Law enforcement was made aware of the postings and took them seriously. This was in part because of the multiple other posts made on or about November 6, 2026, referred to killing police officers, firefighters, religious leaders, and first responders. Screen captures of a few of the postings are included below.






9. WADE also posted statements regarding ways to set up his targets: by faking accidents. A screen capture of the post is included below.




10. On the same date, November 5, 2026, WADE also made posts daring law enforcement to come to his home. In one such post, WADE included his address, 23954 Veranda Circle, Elberta, AL. Affiant confirmed this to be the address of WADE S residence and is the listed address on his Alabama Driver s License.

Gorden Mfn Wade
8 hours ago ·

These pussy faggots ain't shit won't come fight in my yard like men cowards from the confederacy so rise faggots I'm so excited to see u keep ur inbred word for the first time ever .. rise liar pussy 23954 veranda circle I'll circle jerk on ur face elberta Alabama white trash cowards confederacy

Write a comment...

Gorden Mfn Wade
2 hours ago ·

Coos are pussy white boys who won't come fight me in my yard or get shot breaking and entering as tyrannical government dead niggers on my front door I hope I wound the first pig so the rest can hear him scream as I kill them in my home alone trap today cops are pussy only brave in a group as the klan at night and I'm tired of fucking all ur wives so I settled down

11. Numerous reports were made in alarm, and taking the threats as serious, on or around November 6, 2026, the Elberta Police Department issued an officer safety Be On the Look Out or BOLO and obtained an arrest warrant for Making Terrorist Threats 1st for WADE. Contained within the BOLO was the Alabama license plate number (M0RGUE1) and a description of WADE s white Toyota pick-up truck. Deputies of the Baldwin County Sheriff Office (BCSO), who were aware of the BOLO and arrest warrant for WADE, observed WADE S white Toyota truck at the intersection of Highway 98 and County Road 65. The deputies requested assistance and upon their arrival conducted a traffic stop of WADE in the vicinity of Highway 98 and Virginia Road. WADE was ordered from the vehicle and commanded to walk backwards towards the deputies.

12. WADE was taken into custody, and upon a search incident to arrest of WADE, the deputy located a loaded Bond Arms .410 handgun within WADE s front waistband. While deputies secured WADE s vehicle the deputies observed an AK-47 style rifle on the rear floorboard of WADE s truck. The rifle contained a round in the chamber as well as a magazine

containing 37 rounds of 7.62 mm ammunition. In addition to the rifle, deputies also located 2 additional rifle magazines, one containing 23 rounds of 7.62 mm. The second magazine was empty. The deputies also located approximately 24 additional rounds of ammunition and shotgun shells, including 2 spent .410 shotgun shells on the passenger side floorboard.

13. During the stop, WADE admitted that the Facebook page Gorden Mfr Wade was his Facebook account and that he made the posts to the account. WADE continued to tell the deputy that he was upset about an incident that happened in Mississippi. During the stop and causing alarm to the deputy, WADE accurately described the locations of the homes of at least two deputies that lived near the location of the traffic stop.

14. WADE s wife, believed to be Teisha Nicole Wade, came to the scene a short time after the stop and spoke with the deputies. Teisha Wade further confirmed that the Facebook account Gorden Mfr Wade was WADE s Facebook account. Teisha Wade also stated to the deputy that she warned WADE that his posts were disturbing and she had deleted some of the posts.

15. Due to the nature and seriousness of the posts, coupled with WADE S access to firearms, there is an ever-increasing concern that WADE may commit an act of violence. Based on the foregoing, Affiant respectively submits there is probable cause to believe **Interstate Communications** in violation of 18 United States Code 875(c) has been committed by WADE in the Southern District of Alabama.

16. Accordingly, I respectfully request that the Court issue a criminal complaint and an accompanying arrest warrant for **Gorden Ellis WADE**.

Dated November 10, 2026.

Respectfully submitted,

Michael V. Burton
Michael Burton
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS
10th, November ______, 2026.

Sonja F. Bivins
HONORABLE SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE